John Faigle, Respondent, v. Henry Bockroth and Robert T. Buttleman, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that it was error to charge that the jury could find the defendant liable, even if the ladder was shifted. The weight

---

* See Calendar Rules, Trial Term, Supreme Court, Kings County, rule 10. —[Rep.

of evidence is that it was shifted. Jenks, P. J., Thomas and Carr, JJ., concurred; Woodward and Rich, JJ., dissented.